# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **GAVIN DINWOODIE,** | |
| **Plaintiff,** | |
| v. | Case No. 18-cv-392-D |
| **SAFECO INSURANCE COMPANY OF AMERICA,** | |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Gavin Dinwoodie ("Plaintiff"), by and through his counsel of record, Steven S. Mansell, Mark A. Engel, Kenneth G. Cole, and M. Adam Engel of Mansell Engel & Cole, and Defendant Safeco Insurance Company of America, by and through its counsel of record, William W. O'Connor and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**

*s/William W. O'Connor*
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
boconnor@hallestill.com
mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANT**

-and-

**MANSELL ENGEL & COLE**

*s/M. Adam Engel\**
Steven S. Mansell, OBA No. 10584
Mark A. Engel, OBA No. 10796
Kenneth G. Cole, OBA No. 11792
M. Adam Engel, OBA No. 32384
204 North Robinson Avenue – 21st Floor
Oklahoma City, OK 73102
Telephone:  (405) 232-4100
Facsimile:  (405) 232-4140
mec@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

*\*Signed by filing attorney with permission of Plaintiff's attorney.*

3721516.1:003439:00037

2